**93–1426.** State v. Robb. *Muskingum County,* No. CA–9242. Reported at 67 Ohio St.3d 1479, 620 N.E.2d 852. On motion for rehearing. Rehearing denied.

**93–1557.** State v. Paris. *Ashtabula County,* No. 91–A–1661. Reported at 67 Ohio St.3d 1495, 621 N.E.2d 1210. On motion for rehearing. Rehearing denied.
MOYER, C.J., dissents.

**93–1765.** Barnes v. Garetner. *Cuyahoga County,* No. 62738. Reported at 67 Ohio St.3d 1511, 622 N.E.2d 658. On motion for rehearing. Rehearing denied.

**93–1768.** Colling v. Franklin Cty. Children Serv. *Franklin County,* No. 92AP–1579. Reported at 67 Ohio St.3d 1511, 622 N.E.2d 658. On motion for rehearing. Rehearing denied.

**93–1796.** State v. Everson. *Hamilton County,* No. C–920577. Reported at 67 Ohio St.3d 1511, 622 N.E.2d 658. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**91–411.** Cleveland Bar Assn. v. Harrison. On respondent's request to complete her probation period as scheduled. Request granted, provided that respondent corrects any alleged deficiencies in her payment of board costs within sixty days.

## MISCELLANEOUS DISMISSALS

**93–2510.** R & L Transfer, Inc. v. Tracy. Board of Tax Appeals, No. 91–A–1539. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application to dismiss,
IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective January 6, 1994.

*Thursday, January 13, 1994*

## MOTION DOCKET

**93–2214.** State v. Miller. *Hamilton County,* No. C–930611. On motion for appeal bond. Motion denied.

**93–2486.** State v. Swain. *Erie County,* No. E–91–80. On motion for appeal bond. *Sua sponte,* cause remanded to trial court to set bond pursuant to Crim.R. 46.
PFEIFER, J., dissents.

**93–2538.** State v. Hampar. *Cuyahoga County,* No. 63880. On motion for stay. Motion denied.

**94–9.** Lattimore v. Brown. *Hamilton County,* No. C–910776. On motion for stay or for extension of time. Stay denied; fourteen-day extension granted.
PFEIFER, J., dissents.